NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


In the Interest of B.B.B., a child. )
_____ )
                                  )
C.B., )
                                  )
                    Appellant, )
                                  )
v. )                                  Case No. 2D18-1290
                                  )
THOMAS N. FISCHGRUND, )
                                  )
                    Appellee. )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pinellas
County; Patrice Moore, Judge.

C.B., pro se.

Thomas N. Fischgrund, pro se.


PER CURIAM.

                Affirmed.

KHOUZAM, SLEET, and LUCAS, JJ., Concur.